```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

    VINCENT MICHAEL MARINO,           1:19-cv-14168 (NLH)

                  Petitioner,         **MEMORANDUM OPINION & ORDER**

          v.

    WARDEN ORTIZ,

                  Respondent.

**APPEARANCES**:

Jessica O'Neill, Assistant United States Attorney
Office of the U.S. Attorney
District of New Jersey
401 Market Street, 4th Floor
PO Box 2098
Camden, NJ 08101
     Attorneys for Respondent

**HILLMAN, District Judge**

   WHEREAS, Respondent David Ortiz has requested an additional forty-five (45) days in which to file an answer or appropriate response to Petitioner Vincent Michael Marino's petition for writ of habeas corpus, see ECF No. 10;

   THEREFORE, IT IS on this ___19th___ day of November, 2019

   ORDERED that Respondent's request for an extension of time to answer or otherwise respond (ECF No. 10) is granted.  The

response is due December 30, 2019; and it is finally

ORDERED that the Clerk of the Court shall serve a copy of this Order on Plaintiff by regular first-class mail.

At Camden, New Jersey

    s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.