```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| VINCENT MICHAEL MARINO, | 1:19-cv-14168 (NLH) |
| Petitioner, | **MEMORANDUM OPINION & ORDER** |
| v. | |
| WARDEN ORTIZ, | |
| Respondent. | |

**APPEARANCES**:

Vincent Michael Marino
14431-038
McKean Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 8000
Bradford, PA 16701
    Petitioner pro se

Jessica O'Neill, Assistant United States Attorney
Office of the U.S. Attorney
District of New Jersey
401 Market Street, 4th Floor
PO Box 2098
Camden, NJ 08101
    Attorneys for Respondent

**HILLMAN, District Judge**

    WHEREAS, Respondent Petitioner Vincent Michael Marino has filed a motion asking the Court to compel Respondent David Ortiz to file an answer or appropriate response to his petition for writ of habeas corpus, see ECF No. 12; and

    WHEREAS, the Court granted Respondent an extension of time until December 30, 2019 to file the answer or response, see ECF

No. 11;

THEREFORE, IT IS on this  5th   day of December, 2019

ORDERED that Petitioner's motion to compel Respondent to answer or otherwise respond (ECF No. 12) is denied; and it is finally

ORDERED that the Clerk of the Court shall serve a copy of this Order on Plaintiff by regular first-class mail.

At Camden, New Jersey
                                    s/ Noel L. Hillman
                                    NOEL L. HILLMAN, U.S.D.J.